# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

OTR Transportation, Inc.

        Plaintiff,

v.               Case No.: 1:21−cv−03415
                  Honorable Thomas M. Durkin

Data Interfuse LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2023:

   MINUTE entry before the Honorable Thomas M. Durkin: The parties reported via email that they have reached a confidential settlement in this matter. The motion for sanctions is stayed. A joint status report on settlement is due by 3/15/2023, unless a stipulation of dismissal is filed before then. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.