# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| OTR TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-3415 |
| | ) | |
| v. | ) | Hon. Thomas M. Durkin |
| | ) | |
| DATA INTERFUSE, LLC and JOHN LOVEGROVE, | ) | Magistrate Judge: Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DATA INTERFUSE, LLC and JOHN LOVEGROVE, | ) | |
| | ) | |
| Counter/Cross-Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OTR TRANSPORTATION, INC. and JON BRAUN, | ) | |
| | ) | |
| Counter/Cross Defendants. | ) | |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own respective attorneys' fees and costs. The Clerk is directed to close the file.

Dated: March 20, 2023

_Thomas M Durkin_
Hon. Thomas M. Durkin

Prepared by:
Christine R. Walsh (6319177)
Thomas P. Yardley, Jr. (6208239)
ROBBINS DIMONTE, LTD.
180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000
cwalsh@robbinsdimonte.com
tyardley@robbinsdimonte.com
Attorneys for Plaintiff/Counter-Defendants

4333615 (15046.2)